IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER C. BENNETT, ) | Case No.1:16CV227 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| Commissioner of Social Security, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On February 1, 2016, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge Parker pursuant to Local Rule 72.2(b). On December 2, 2016 the Magistrate Judge recommended that the final decision of the Commissioner be vacated and the case remanded.(Dkt. #20). On December 15, 2016, the Defendant filed a Response to Magistrate Judge's Report and Recommendation stating she will not be objecting.

Therefore, Magistrate Judge Parker's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is vacated and the case remanded, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated:12/21/2016 *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE